# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, et al.<br><br>          Plaintiff(s),<br><br>     v.<br><br>STANLEY JOSEPH ZOR, et al.<br><br>          Defendant(s). | CASE NO.<br>2:19−cv−10639−DSF−E<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before September 11, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: August 10, 2020            /s/ *Dale S. Fischer*
                                          Dale S. Fischer
                                          United States District Judge