UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer and Raul Uriarte-Limon**, <br><br>　　　Plaintiffs, <br><br>　　v. <br><br>**Stanley Joseph Zor,** in individual and representative capacity as trustee of The Stanley Joseph Zor and Elaine J. Zor Living Trust; **Elaine J. Zor,** in individual and representative capacity as trustee of The Stanley Joseph Zor and Elaine J. Zor Living Trust**;** **Kevin Shaw**; and Does 1-10, <br><br>　　　Defendants. | Case 2:19-cv-10639-DSF-E <br><br>**Judgment** |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is ordered and adjudged that plaintiffs Chris Langer and Raul Uriarte-Limon shall have JUDGMENT in their favor and against defendants Stanley Joseph Zor, Elaine J. Zor and Kevin Shaw as follows:

- $4,000.00 in damages against defendant Stanley Joseph Zor,; and
- $4,000.00 in damages against defendant Kevin Shaw; and
- $490.00 in costs.

Additionally, defendants Stanley Joseph Zor, Elaine J. Zor, and Kevin Shaw are ordered to provide wheelchair accessible parking space and wheelchair accessible paths of travel inside the store at the Discount Fitness Pros store located at 15919 Lakewood Blvd., Bellflower, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 28, 2021

By: *Dale S. Fischer*
Dale S. Fischer
United States District Judge